**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ALVARADO, MARTIN | § | Case No. 11-82411 |
| OROZCO-AVILA, FILOMENA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 12/21/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 11/16/2011     By: /s/BERNARD J. NATALE
               Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ALVARADO, MARTIN § Case No. 11-82411
OROZCO-AVILA, FILOMENA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 12,500.15

*and approved disbursements of*          $    50.00

*leaving a balance on hand of* [1]       $ 12,450.15

**Balance on hand:**                     $ 12,450.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $     0.00
Remaining balance:                       $ 12,450.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,000.02 | 0.00 | 2,000.02 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,042.50 | 0.00 | 2,042.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 20.46 | 0.00 | 20.46 |

Total to be paid for chapter 7 administration expenses:   $ 4,062.98
Remaining balance:                                        $ 8,387.17

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 8,387.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 8,387.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,534.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 3,309.27 | 0.00 | 759.70 |
| 2 | American InfoSource LP | 5,374.94 | 0.00 | 1,233.91 |
| 3 | Chase Bank USA, N.A. | 778.31 | 0.00 | 178.67 |
| 4 | Target National Bank | 904.21 | 0.00 | 207.58 |
| 5 | GE Capital Retail Bank | 1,333.15 | 0.00 | 306.05 |
| 6 | GE Capital Retail Bank | 1,674.86 | 0.00 | 384.49 |
| 7 | U.S. Bank N.A. | 17,321.74 | 0.00 | 3,976.50 |
| 8 | Chase Bank USA, NA | 5,838.23 | 0.00 | 1,340.27 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 8,387.17 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Martin Alvarado  
Filomena Orozco-Avila  
    Debtors

Case No. 11-82411-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 2     Date Rcvd: Nov 22, 2011  
                Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2011.

```
db/jdb       +Martin Alvarado,    Filomena Orozco-Avila,    1217 Everett Avenue,    Belvidere, IL 61008-4589
17327819     +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17327821     +Chase,   Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
17706232      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17955567      Chase Bank USA, NA,    PO Box 15145,    Wilmington, DE 19850-5145
17327823      Chase Home,   PO Box 1093,    Northridge, CA 91328
17327825      First National Bank Credit Card Center,    Attention:  Bankruptcy Department,
               14010 First National Bank Parkway Stop,    Omaha, NE 68154
17689548     +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
17327827     +Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
17442686     +Law Offices of Elena M Duarte,    5901 N Cicero Avenue,    Chicago IL 60646-5717
17327830     +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
17751454     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
17327831     +Tnb-visa,   Attention: Bankruptcy,    Po Box 59231,    Minneapolis, MN 55459-0231
17948026    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               Cincinnati, OH 45201-5229)
17327832    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17691229      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2011 04:33:47
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
17900483      E-mail/PDF: rmscedi@recoverycorp.com Nov 23 2011 04:37:43     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17327826      E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2011 04:37:41     GE Mongram Bank / JC Penney Dc,
               Attn: Bankruptcy,    Po Box 103126,    Roswell, GA 30076
17327828     +E-mail/Text: Bankruptcy@icsystem.com Nov 23 2011 03:07:34     I C System Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
17327829     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2011 04:37:41     Sams Club,
               Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17327820*    +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17327822*    +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17327824*    +Filomena Orozco Avila,    1217 Everett Avenue,    Belvidere, IL 61008-4589
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2011**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Nov 22, 2011
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2011 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Gloria C  Tsotsos    on behalf of Creditor  JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              James Matthew Allen    on behalf of Debtor Martin Alvarado jamesattyallen@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```