# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 11-82411  
**Debtor Name:** ALVARADO, MARTIN  

Page: 1

**Date:** December 21, 2011  
**Time:** 01:58:01 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
|  | Funds on Hand |  |  |  |  |  | $12,450.32 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 20.46 | 0.00 | 20.46 | 20.46 | 12,429.86 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,042.50 | 0.00 | 2,042.50 | 2,042.50 | 10,387.36 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,000.02 | 0.00 | 2,000.02 | 2,000.02 | 8,387.34 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 4,062.98 | 0.00 | 4,062.98 | 4,062.98 |  |
| 1 | First National Bank of Omaha | Unsecured | 3,309.27 | 0.00 | 3,309.27 | 759.73 | 7,627.61 |
| 2 | American InfoSource LP | Unsecured | 5,374.94 | 0.00 | 5,374.94 | 1,233.93 | 6,393.68 |
| 3 | Chase Bank USA, N.A. | Unsecured | 778.31 | 0.00 | 778.31 | 178.68 | 6,215.00 |
| 4 | Target National Bank | Unsecured | 904.21 | 0.00 | 904.21 | 207.58 | 6,007.42 |
| 5 | GE Capital Retail Bank | Unsecured | 1,333.15 | 0.00 | 1,333.15 | 306.05 | 5,701.37 |
| 6 | GE Capital Retail Bank | Unsecured | 1,674.86 | 0.00 | 1,674.86 | 384.50 | 5,316.87 |
| 7 | U.S. Bank N.A. | Unsecured | 17,321.74 | 0.00 | 17,321.74 | 3,976.58 | 1,340.29 |
| 8 | Chase Bank USA, NA | Unsecured | 5,838.23 | 0.00 | 5,838.23 | 1,340.29 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 36,534.71 | 0.00 | 36,534.71 | 8,387.34 |  |
| **<< Totals >>** |  |  | 40,597.69 | 0.00 | 40,597.69 | 12,450.32 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**     100.000000%  
**Unsecured**     22.957182%