**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JURS, THOMAS R            § | Case No. 10-73261 |
|             JURS, TRUDY A            § | |
|             PROPERTIES, REMAX SUPERIOR   § | |
| Debtor(s)                             § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $894,010.00            Assets Exempt:  $45,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,375.83      Claims Discharged
                                                                   Without Payment: $104,511.16

Total Expenses of Administration: $4,741.87

---

3) Total gross receipts of $  19,117.70   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00   (see **Exhibit 2**), yielded net receipts of $19,117.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $879,130.00 | $173,000.00 | $173,000.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,741.87 | 4,741.87 | 4,741.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,725.00 | 75,631.99 | 75,631.99 | 14,375.83 |
| **TOTAL DISBURSEMENTS** | $987,855.00 | $253,373.86 | $253,373.86 | $19,117.70 |

    4) This case was originally filed under Chapter 7 on June 30, 2010. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2012          By: /s/BERNARD J. NATALE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 19,117.00 |
| Interest Income | 1270-000 | 0.70 |
| **TOTAL GROSS RECEIPTS** | | **$19,117.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Midwest Bank | 4110-000 | 172,000.00 | 173,000.00 | 173,000.00 | 0.00 |
| NOTFILED | Litton Loan Servicing | 4110-000 | 138,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Community Bank | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Mortgage | 4110-000 | 296,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie State Community Bank | 4110-000 | 110,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie State Community Bank | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen | 4110-000 | 103,130.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie State Community Bank | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$879,130.00** | **$173,000.00** | **$173,000.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 36.13 | 36.13 | 36.13 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,719.00 | 1,719.00 | 1,719.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,661.74 | 2,661.74 | 2,661.74 |
| MICHAEL COPPEDGE | 3220-610 | N/A | 300.00 | 300.00 | 300.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,741.87 | 4,741.87 | 4,741.87 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp | 7100-000 | N/A | 3,016.46 | 3,016.46 | 573.36 |
| 2 | N&R Propreties, LLC | 7100-000 | 20,000.00 | 19,727.00 | 19,727.00 | 3,749.63 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 815.07 | 815.07 | 154.93 |
| 4 | Von Maub | 7100-000 | 300.00 | 193.08 | 193.08 | 36.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA,N.A | 7100-000 | N/A | 1,756.34 | 1,756.34 | 333.84 |
| 6 | Midwest Bank | 7100-000 | 22,040.00 | 24,176.29 | 24,176.29 | 4,595.33 |
| 7U | Midwest Bank | 7100-000 | N/A | 3,414.39 | 3,414.39 | 648.99 |
| 8 | GE Money Bank | 7100-000 | 940.00 | 1,106.81 | 1,106.81 | 210.38 |
| 9 | American Express Centurion Bank | 7100-000 | 10,290.00 | 10,287.36 | 10,287.36 | 1,955.38 |
| 10 | American Express Bank, FSB | 7100-000 | 6,130.00 | 5,529.97 | 5,529.97 | 1,051.11 |
| 11 | American Express Bank, FSB | 7100-000 | 1,500.00 | 1,145.00 | 1,145.00 | 217.64 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | 4,270.00 | 4,464.22 | 4,464.22 | 848.54 |
| NOTFILED | Discover Card C/O Capital Management Services | 7100-000 | 14,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Conract Callers | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 1,213.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 1,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Processing Center | 7100-000 | 1,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 2,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Meadow Trails Association | 7100-000 | 7,645.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 2,740.00 | N/A | N/A | 0.00 |
| NOTFILED | US Department Of Education NEED ADDRESS | 7100-000 | 3,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 1,650.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,760.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 755.00 | N/A | N/A | 0.00 |
| NOTFILED | Bergners | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Accounting Management Service | 7100-000 | 1,005.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Gasoline - Chase | 7100-000 | 1,173.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 108,725.00 | 75,631.99 | 75,631.99 | 14,375.83 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
                JURS, TRUDY A  
**Period Ending:** 02/20/12

**Trustee:**    (330370)    BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/16/10  
**Claims Bar Date:** 01/31/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1305 Green Meadow Trail - Harvard, IL (foreclosu | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2  2122 & 2124 Davis Drive, Belvidere, IL (rental) | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 3  nly6503 Elm Street - Union, IL (rental) | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 4  re O9808 Seeman Road, Union, IL (residence) | 490,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Checking - AmerComm Bank | 300.00 | 0.00 | DA | 0.00 | FA |
| 7  Checking - Prairie Community in banks, savings a | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  Checking - Prairie Community (Jurs Auctions) | 10.00 | 0.00 | DA | 0.00 | FA |
| 9  Checking - Prairie Community (rental account) br | 500.00 | 0.00 | DA | 0.00 | FA |
| 10  HHGS/furnishings audio, video, and computer | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 11  books, pictures - normal complement , stamp, coi | 500.00 | 0.00 | DA | 0.00 | FA |
| 12  wearing apparel - normal complement | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13  Jewelry - normal complement | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14  hobby/sports equipment and other hobby equipment | 700.00 | 0.00 | DA | 0.00 | FA |
| 15  Term only insurance company of each policy and i | 0.00 | 0.00 | DA | 0.00 | FA |
| 16  Judgment against agent<br>  No proof of money owed.  This was pursued by our office be there was no actual proof of money owed and individual is unemployed and lives out of state. | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 17  judgment against former agent - Haupers<br>  Ms Haupers filed bankruptcy herself on July 18, 2011 in the No Dist of Ill, Western Div Case No:11-83125 listing this debt on Schedule F. | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 18  Miscellaneous debts over years from tenants | 0.00 | 0.00 | DA | 0.00 | FA |
| 19  renters for (3) properties | 0.00 | 0.00 | DA | 0.00 | FA |
| 20  1/17 of 1/2 of 90 acres from decendent aunt's es | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 21  Believe will receive refund but will be offset. | 0.00 | 0.00 | DA | 0.00 | FA |
| 22  License - auctioneer | 0.00 | 0.00 | DA | 0.00 | FA |
| 23  License - broker | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 02/20/2012 03:14 PM     V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
JURS, TRUDY A  
**Period Ending:** 02/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/16/10  
**Claims Bar Date:** 01/31/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 24 | 1999 Ford F250 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1999 Mercedes | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 26 | 1999 Pontia 4 door | 3,000.00 | 1,200.00 | DA | 0.00 | FA |
| 27 | Office equipment - desk/file/computer | 1,000.00 | 10.00 | DA | 0.00 | FA |
| 28 | lawn & garden materials | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 29 | miscellaneous | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 30 | Inheritance (u) | Unknown | 18,000.00 | DA | 19,117.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.70 | FA |
| 31 | Assets Totals (Excluding unknown values) | **$894,010.00** | **$47,210.00** | | **$19,117.70** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2013   **Current Projected Date Of Final Report (TFR):**  November 21, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
　　　　　　　JURS, TRUDY A  
**Taxpayer ID #:** **-***9914  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/11 | {30} | Mary Spiniolas Living Trust | Payment of Inheritance - beneficiary debtor, Thomas R Jurs | 1229-000 | 19,117.00 | | 19,117.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 19,117.10 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 19,092.10 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,092.25 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,092.41 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,092.56 |
| 12/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.14 | | 19,092.70 |
| 12/28/11 | | To Account #9200******4866 | Transfer for Final Distribution | 9999-000 | | 19,092.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,117.70 | 19,117.70 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 19,092.70 | |
| | | | **Subtotal** | | **19,117.70** | **25.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,117.70** | **$25.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/20/2012 03:14 PM　　V.12.57

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73261  
**Case Name:** JURS, THOMAS R  
JURS, TRUDY A  
**Taxpayer ID #:** \*\*-\*\*\*9914  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*48-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/11 | | From Account #9200\*\*\*\*\*\*4865 | Transfer for Final Distribution | 9999-000 | 19,092.70 | | 19,092.70 |
| 01/03/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,661.74, Trustee Compensation; Reference: | 2100-000 | | 2,661.74 | 16,430.96 |
| 01/03/12 | 102 | MICHAEL COPPEDGE | Dividend paid 100.00% on $300.00, Special Counsel for Trustee Expenses;  Reference: EXPENSES | 3220-610 | | 300.00 | 16,130.96 |
| 01/03/12 | 103 | American Infosource Lp | Distribution paid  19.00% on $3,016.46; Claim# 1; Filed: $3,016.46; Reference: 5800 | 7100-000 | | 573.36 | 15,557.60 |
| 01/03/12 | 104 | N&R Propreties, LLC | Distribution paid  19.00% on $19,727.00; Claim# 2; Filed: $19,727.00; Reference: RENT | 7100-000 | | 3,749.63 | 11,807.97 |
| 01/03/12 | 105 | Chase Bank USA, N.A. | Distribution paid  19.00% on $815.07; Claim# 3; Filed: $815.07; Reference: 2683 | 7100-000 | | 154.93 | 11,653.04 |
| 01/03/12 | 106 | Von Maub | Distribution paid  19.00% on $193.08; Claim# 4; Filed: $193.08; Reference: 1876 | 7100-000 | | 36.70 | 11,616.34 |
| 01/03/12 | 107 | Chase Bank USA,N.A | Distribution paid  19.00% on $1,756.34; Claim# 5; Filed: $1,756.34; Reference: 4678/KOHLS | 7100-000 | | 333.84 | 11,282.50 |
| 01/03/12 | 108 | GE Money Bank | Distribution paid  19.00% on $1,106.81; Claim# 8; Filed: $1,106.81; Reference: 9306/PENNEYS | 7100-000 | | 210.38 | 11,072.12 |
| 01/03/12 | 109 | American Express Centurion Bank | Distribution paid  19.00% on $10,287.36; Claim# 9; Filed: $10,287.36; Reference: 1006 | 7100-000 | | 1,955.38 | 9,116.74 |
| 01/03/12 | 110 | Fia Card Services, NA/Bank of America | Distribution paid  19.00% on $4,464.22; Claim# 12; Filed: $4,464.22; Reference: 9960/5666 | 7100-000 | | 848.54 | 8,268.20 |
| 01/03/12 | 111 | American Express Bank, FSB | Combined Check for Claims#10,11 | | | 1,268.75 | 6,999.45 |
| | | | Dividend paid  19.00%   1,051.11 on $5,529.97;  Claim# 10; Filed: $5,529.97; Reference: 1007 | 7100-000 | | | 6,999.45 |
| | | | Dividend paid  19.00%   217.64 on $1,145.00;  Claim# 11; Filed: $1,145.00; Reference: 1000 | 7100-000 | | | 6,999.45 |
| 01/03/12 | 112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,755.13 | 5,244.32 |
| | | | Dividend paid 100.00%   1,719.00 on $1,719.00;  Claim# ATTY; Filed: $1,719.00 | 3110-000 | | | 5,244.32 |
| | | | Dividend paid 100.00%   36.13 on $36.13;  Claim# EXP; Filed: $36.13 | 3120-000 | | | 5,244.32 |

Subtotals :  $19,092.70    $13,848.38

{} Asset reference(s)   Printed: 02/20/2012 03:14 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-73261 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | JURS, THOMAS R | | **Bank Name:** | The Bank of New York Mellon |
| | JURS, TRUDY A | | **Account:** | 9200-******48-66 - Checking Account |
| **Taxpayer ID #:** | **-***9914 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 02/20/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/12 | 113 | Midwest Bank | Combined Check for Claims#6,7U | | | 5,244.32 | 0.00 |
| | | | Dividend paid  19.00%    4,595.33<br>on $24,176.29;  Claim#<br>6; Filed: $24,176.29;<br>Reference: 4550 | 7100-000 | | | 0.00 |
| | | | Dividend paid  19.00%    648.99<br>on $3,414.39;  Claim#<br>7U; Filed: $3,414.39;<br>Reference: 6725 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,092.70 | 19,092.70 | $0.00 |
| | | | Less: Bank Transfers | | 19,092.70 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,092.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,092.70** | |

{} Asset reference(s)                                                                                             Printed: 02/20/2012 03:14 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-73261 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | JURS, THOMAS R | | **Bank Name:** | The Bank of New York Mellon |
| | JURS, TRUDY A | | **Account:** | 9200-******48-67 - Money Market Account |
| **Taxpayer ID #:** | **-***9914 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 02/20/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 9200-******48-65** | 19,117.70 | 25.00 | 0.00 |
| **Checking # 9200-******48-66** | 0.00 | 19,092.70 | 0.00 |
| **MMA # 9200-******48-67** | 0.00 | 0.00 | 0.00 |
| | **$19,117.70** | **$19,117.70** | **$0.00** |

{} Asset reference(s)

Printed: 02/20/2012 03:14 PM    V.12.57